TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00095-CR

Troy Wilkes Schiller, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL

DISTRICT

NO. 96-380-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty before a jury to an indictment accusing him of attempted capital
murder. See Tex. Penal Code Ann. §§ 15.01, 19.03 (West 1994). The jury returned an instructed verdict
of guilty and assessed punishment at imprisonment for fifty years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

Before Justices Aboussie, Jones and Kidd

Affirmed

Filed: March 12, 1998

Do Not Publish